B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  Palm Drive Health Care District ,
Debtor

FILED APR 0 7 2014
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Case No. 14-10510

Chapter  9

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| SEE ATTACHED SHEET | | | | |

Date:  April 7, 2014

Palm Drive Health Care District
Debtor

*[Declaration as in Form 2]*

**Palm Drive Health Care District**
- Top 20 Unsecured Creditors as of April 06, 2014

| | Name of creditor and complete mailing address including zip code | Name, Telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicates if claim is contingent, unliquidated, disputed or subject to setoff | Amount of Claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 1 | Innovasis | P O Box 2212, Springville, UT 84663<br>Contact: MaryAnn Wilson<br>Phone: (801) 856-7553 | Trade debt | | $1,646,157.00 |
| 2 | McKesson Technologies, Inc. | P O Box 98347, Chicago, IL 60693-8347<br>Contact: Kelly M. Buda<br>Phone: (404) 338-4407 | Trade debt | | $969,558.01 |
| 3 | PG & E | P O Box 8329, Stockton, CA 95208<br>Contact: Verdelle Burford<br>Phone: (209) 955-7201 | Utility | | $334,701.24 |
| 4 | Marin General Hospital | 100-B Drakes Landing Road, Suite 190 Greenbrae, CA 94904<br>Contact: Yvonne Morris<br>Phone: (415) 925-7010 | Contract | | $325,000.00 |
| 5 | Sonoma Valley Hospital | 347 Andrieux Street, Sonoma, CA 95476<br>Contact: Jeannette Tarver<br>Phone: (707) 935-5013 | Contract | | $190,022.84 |
| 6 | California Public Employees' Retirem | P O Box 4032, Sacramento, CA 95812<br>Contact: Alfred L. Ray<br>Phone: (916) 795-0182 | Employee Benefits | | $174,041.30 |
| 7 | Biomet Sports Medicine | 75 Remittance Drive, Suite 3283 Chicago, IL 60675<br>Contact: Katie Newcomer<br>Phone: (574) 372-6953 | Trade debt | | $123,542.07 |
| 8 | West County Emergency Medical Grp | 6800 Palm Avenue, Suite A Sebastopol, CA 95472<br>Contact: Dr. Richard Powers<br>Phone: (707) 823-5341 | Contract | | $116,800.00 |
| 9 | Farnam Street Financial, Inc. | 240 Pondview Plaza, 5850 Opus Parkway, Minnetonka, MN 55343<br>Contact: Molly M. Womack<br>Phone: (952) 908-0850 | Equipment lease | | $108,094.27 |
| 10 | Spectron Corp. | 5416 S Yale Suite # 650, Tulsa, OK 74135<br>Contact: Robin Hutton<br>Phone: (918) 488-8031 ext. 3116 | Trade debt | | $100,534.83 |
| 11 | Stryker Orthopaedics | P O Box 93213, Chicago, IL 60673-3213<br>Contact: Stephen Michelin<br>Phone: (201) 831-5758 | Trade debt | | $93,607.75 |
| 12 | Relay Health | P O Box 403421, Atlanta, GA 30384-3421<br>Contact: Kelly M. Buda<br>Phone: (404) 338-4407 | Trade debt | | $70,559.70 |
| 13 | Healdsburg District Hospital | 1375 University Avenue, Healdsburg, CA 95448<br>Contact: Pam McFarlan<br>Phone: (707) 431-6500 | Trade debt | | $62,713.92 |
| 14 | Quest Diagnostics | P O Box 51048, Los Angeles, CA 90074<br>Contact: Maggie Kalashyan<br>Phone: (800) 421-7110 | Trade debt | | $59,939.21 |
| 15 | Zimmer, Inc. | P O Box 277530, Atlanta, GA 30384-7530<br>Contact: Teresa Rhoades<br>Phone: (574) 372-4021 | Trade debt | | $59,762.41 |
| 16 | AT&T | P O Box 9011, Carol Stream, IL 60197<br>Contact: AT&T Credit & Collections<br>Phone: (800) 783-8853 | Utility | | $59,414.35 |
| 17 | Linde Gas North America | 88222 Expedite Way, Chicago, IL 60695<br>Contact: Lesley Beechner<br>Phone: (800) 348-3349 | Trade debt | | $58,706.67 |
| 18 | AMN Healthcare, Inc. | File 56157, Los Angeles, CA 90074<br>Contact: Annie Hancock<br>Phone: (858) 407-6299 | Trade debt | | $55,804.00 |
| 19 | County of Sonoma | P O Box 11485, Santa Rosa, CA 95406<br>Contact: Kim Barrett<br>Phone: (707) 565-3471 | Trade debt | | $45,685.17 |
| 20 | California Medical Billing Services | 1216 Fascination Circle, El Sobrante, CA 94803<br>Contact: Accounts Receivable Department<br>Phone: (510) 393-8614 | Contract | | $44,940.00 |

Official Form 2
6/90

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A MUNICIPALITY: HEALTH CARE DISTRICT

I, the Chief Executive Officer of the municipality: health care district named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of 20 Largest Unsecured Creditors and that it is true and correct to the best of my information and belief.

Date    April 7, 2014

Signature _[signature]_

Thomas M. Harlan, Chief Executive Officer

(Print Name and Title)