# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re | ORDER PURSUANT TO |
| | 11 U.S.C. Chapter: 9 |
| Palm Drive Health Care District, | |
| | Case No: 14-10510 |
| Debtor. | **ORDER** |

Alex Kozinski, Chief Judge.

    Having been notified by the Northern District of California Bankruptcy Court that a petition for an Order of Relief under Chapter 9 of Title 11, United States Code, has been filed by **Palm Drive Health Care District,**

    IT IS ORDERED that pursuant to 11 U.S.C. 921(b), Chief Bankruptcy Judge **Alan Jaroslovsky** of the Northern District of California is hereby designated to conduct the case.

April \_\_\_\_, 2014

                                     Alex Kozinski
                                     Chief Judge