UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re                                                                 Chapter: 9

PALM DRIVE HEALTH CARE DISTRICT,

　　　　　　　　　　　　　　　　　　　Case No.: 14-10510 AJ

　　　　　　　　　　　　　　Debtor./

NOTICE OF COMMENCEMENT OF CASE, DEADLINE FOR OBJECTIONS,
AND ORDER TO PUBLISH NOTICE

NOTICE IS HEREBY GIVEN that the above-named debtor filed a petition under Chapter 9 of the Bankruptcy Code on April 7, 2014. Pursuant to Section 922 of the Bankruptcy Code, the filing of the petition operates as a stay of certain actions against the debtor.

NOTICE IS FURTHER GIVEN that all objections to the petition must be filed not later than 15 days after the last publication of this notice pursuant to the provision below. If no timely objections are filed, the court may enter an order for relief without further notice.

THE DEBTOR IS HEREBY ORDERED to publish this notice in accordance with Section 923 of the Bankruptcy Code forthwith and file proof of such publication not later than 10 days after the last publication.

Dated: April 16, 2014

　　　　　　　　　　　　　　　　　　　　　　　　Alan Jaroslovsky
　　　　　　　　　　　　　　　　　　　　　　　　Chief Bankruptcy Judge