TRACY HOPE DAVIS
United States Trustee for Region 17
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-2745
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

By:    DONNA S. TAMANAHA (WI#1013199)
        Assistant United States Trustee
        Email: donna.s.tamanaha@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re<br>**PALM HEALTH CARE DISTRICT**<br> aka Palm Drive Hospital,<br><br>                Debtor. | No.    14-10510 AJ<br><br>Chapter 9 |

## APPOINTMENT OF THE OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

Tracy Hope Davis, the United States Trustee for Region 17, hereby appoints the following unsecured creditors to be members of the official committee of unsecured creditors in the above captioned case:

1. **Innovasis**
   Attn: Garth Felix
   P.O. Box 212
   Springville, UT 84663

2. **Spectron Corporation**
   c/o Ernie Hartman
   5416 S. Yale Ave., Suite 650
   Tulsa, OK 74135

Dated:  July 11, 2014                            TRACY HOPE DAVIS
                                                        UNITED STATES TRUSTEE

                                                    By:    /s/ Donna S. Tamanaha
                                                               Donna S. Tamanaha
                                                                Assistant United States Trustee

APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS