TRACY HOPE DAVIS
United States Trustee for Region 17
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-2745
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

By:     DONNA S. TAMANAHA (WI#1013199)
        Assistant United States Trustee
        Email: donna.s.tamanaha@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

In re                                      )   No.    14-10510 AJ
                                           )
**PALM HEALTH CARE DISTRICT**              )   Chapter 9
 aka Palm Drive Hospital,                  )
                                           )
                    Debtor.                )
                                           )

## AMENDED NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Tracy Hope Davis, the United States Trustee for Region 17, hereby appoints the following unsecured creditors to be members of the official committee of unsecured creditors in the above captioned case:

**1.      Innovasis**
         Attn: Garth Felix
         P.O. Box 212
         Springville, UT 84663

**2.      Spectron Corporation**
         c/o Ernie Hartman
         5416 S. Yale Ave., Suite 650
         Tulsa, OK 74135

**3.      McKesson Technologies, Inc.**
         c/o Ryan Washburn
         One Post Street, 33rd Floor
         San Francisco, CA 94104

AMENDED NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF
UNSECURED CREDITORS                                                                                    -1-

| | | |
|---|---|---|
| Dated: July 29, 2014 | | TRACY HOPE DAVIS<br>UNITED STATES TRUSTEE |
| | By: | /s/ Donna S. Tamanaha<br>Donna S. Tamanaha<br>Assistant United States Trustee |